# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAD MARSCHKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC and GOOGLE LLC,<br><br>Defendants. | Case No. 3:22-CV-02022-NJR<br><br>Hon. Nancy J. Rosenstengel |

## JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Pursuant to 28 U.S.C. § 1404, Plaintiff Brad Marschke and Defendants YouTube, LLC and Google LLC, by and through their counsel, jointly stipulate to transfer this case to the United States District Court for the Northern District of California for all further proceedings. 28 U.S.C. § 1404(a) permits the Court "[f]or the convenience of parties and witnesses, in the interest of justice," to "transfer any civil action to any other district . . . where it might have been brought or to any district . . . to which all parties have consented." The parties agree that the Northern District of California is a district where this action "might have been brought" and, by this stipulation, where "all parties have consented." Accordingly, the parties respectfully request that the Court issue an order transferring this case to the Northern District of California.

Respectfully Submitted,

Dated: October 20, 2022

By: /s *Kathleen A. Stetsko*
Kathleen A. Stetsko (Bar No. 6297704)
Calvin Cohen (Bar No. 6334780)
PERKINS COIE LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
Phone: 312.324.8400
Email: KStetsko@perkinscoie.com
Email: CCohen@perkinscoie.com

JOINT STIPULATION TO TRANSFER VENUE

Susan D. Fahringer
Nicola Menaldo
Lauren J. Tsuji
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Email: SFahringer@perkinscoie.com
         NMenaldo@perkinscoie.com
         LTsuji@perkinscoie.com

Sunita Bali
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Phone: 415.344.7000
Email: SBali@perkinscoie.com

*Attorneys for Defendants YouTube, LLC and Google, LLC*

By: /s *Gary M. Klinger* (with consent)_____
James E. Barz (Bar No. 6255605)
Frank A. Richter (Bar No. 6310011)
ROBBINS GELLER RUDMAN & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312.674.4674
Fax: 312.674.4676
Email: jbarz@rgrdlaw.com
Email: frichter@rgrdlaw.com

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

Stuart A. Davidson
Alexander H. Cohen
ROBBINS GELLER RUDMAN & DOWD LLP

JOINT STIPULATION TO TRANSFER VENUE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33433
Telephone: 561.750.3000
Fax: 561.750.3364
Email: sdavidson@rgrdlaw.com
Email: acohen@rgrdlaw.com

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Telephone: 313.303.3472

*Attorneys for Plaintiff Brad Marschke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2022, I electronically filed the JOINT STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) with the clerk of Court using the CM/ECF system which will send notifications of such filings to the following:

    James E. Barz
    Frank A. Richter
    Gary M. Klinger
    Stuart A. Davidson
    Alexander H. Cohen

and I hereby certify that on October 20, 2022, I mailed by United States Postal Service, the documents to the following non-registered participants:

    Nick Suciu, III

                          Respectfully submitted,

                          By: /s *Kathleen A. Stetsko*
                          Kathleen A. Stetsko
                          PERKINS COIE LLP
                          110 N. Wacker Drive, Suite 3400
                          Chicago, IL 60606
                          Phone: 312.324.8400
                          Email: KStetsko@perkinscoie.com
                          Bar No. 6297704